**Order entered November 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01229-CV

### KALEI MERRILL, Appellant

### V.

### MITCHELL CURRY, MELINDA DEFELICE AND TAMIRA GRIFFIN, EACH INDIVIDUALLY AS DEFENDANTS, Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01827-2019**

## ORDER

Before the Court is appellant's emergency motion to continue the briefing deadline and reconsider the Court's November 7, 2019 order denying appellant's motion to abate. To the extent appellant requests we vacate the November 7th order and grant the motion to abate, we **DENY** the request. To the extent appellant seeks an extension to file her brief, we **GRANT** the request and **ORDER** appellant's brief be filed no later than November 21, 2019.

/s/    KEN MOLBERG
          JUSTICE